UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: GREGORY JOSEPH MILLER and :
TAMMY LYNN MILLER, : Chapter 7
Debtors : Case No. 10-21288REF

---

ETTINGER & ASSOCIATES LLC, :
Plaintiff :
v. : Adv. No. 10-2110
GREGORY JOSEPH MILLER and :
TAMMY LYNN MILLER, :
Defendants :

# ORDER

AND NOW, this 25 day of February, 2015, upon my consideration of the Order I entered on February 28, 2014, directing Ettinger & Associates, LLC, Neil Ettinger, Esquire and Demetrious H. Tsarouhis, Esquire (together "Ettinger") to show cause why sanctions should not be imposed against them under 11 U.S.C. §105(a), Fed. R. Bankr. P. 9011(c)(1)(B), 28 U.S.C. §1927, and my inherent powers, as well as my consideration of the Present Sanctions Motion filed by Debtors/Defendants, Gregory Joseph Miller and Tammy Lynn Miller (the "Millers"), on November 15, 2013, and for the reasons set forth in the accompanying Memorandum Opinion dated and filed today,

IT IS HEREBY ORDERED that the relief that is the subject of my February 28, 2014 Show Cause Order is HEREBY GRANTED, and sanctions, as more fully described below, ARE HEREBY IMPOSED against Ettinger, jointly and severally.

IT IS FURTHER ORDERED that the Present Sanctions Motion filed by the Millers is HEREBY GRANTED.

IT IS FURTHER ORDERED that SANCTIONS ARE HEREBY AWARDED in favor of the Millers and their counsel and against Ettinger, jointly and severally, in the amount of $75,000 under 11 U.S.C. §105(a), Fed. R. Bankr. P. 9011(c)(1)(B), as well as under my inherent powers.

IT IS FURTHER ORDERED that SANCTIONS ARE HEREBY AWARDED in favor of the Millers and their counsel and against Demetrious H. Tsarouhis, Esquire, in the amount of $20,000 under 28 U.S.C. §1927.

IT IS FURTHER ORDERED that the amount of Sanctions ordered in the preceding two paragraphs against Mr. Tsarouhis, although joint and several with Ettinger, shall be and hereby is limited to a total of $20,000.

IT IS FURTHER ORDERED that Ettinger shall pay, jointly and severally, on or before March 27, 2015, to Thomas L. Lightner, Esquire, for him to hold in his escrow account, the amount of $75,000, which amount shall be distributed between the Millers and their counsel, as they decide and agree through an appropriate stipulation among them that is approved by this Court.[36]

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

---

[36] Mr. Lightner shall continue to hold in escrow any amount to be retained by counsel for the Millers until he files an appropriate notice of the proposed distribution of the proceeds.